No. 95-2048

IOLA NORENE BULT, Individually    *
and as Special Administratix of    *
Estate of CHARLES R. CHENEY,    *
     *   Appeal from the United States
     Appellee,    *   District Court for the
     *   District of South Dakota.
     v.    *
     *      [UNPUBLISHED]
BEADLE COUNTY, a local    *
governmental body; TOM BEERMAN,    *
Individually and as Sheriff    *
of Beadle County; LORI MEYERS,    *
Individually and as Jailer for    *
Beadle County; and unknown JOHN    *
AND JANE DOES, Individually and    *
in their Official Capacities as    *
Employees of Beadle County,    *
     *
     Appellants.    *

Submitted:    November 17, 1995

Filed:    December 5, 1995

Before HANSEN, LAY, and MURPHY, Circuit Judges.

PER CURIAM.

     This is an interlocutory appeal arising out of a wrongful death action brought under 42 U.S.C. § 1983 and state law by appellee, Iola Norene Bult. Her son, Charles R. Cheney, committed suicide while being held at the Beadle County Regional Corrections Center in Huron, South Dakota. Appellants Beadle County, Sheriff Tom Beerman, and jailer Lori Meyers seek reversal of the order of

the district court[1] denying their motion for summary judgment based on qualified immunity and their motion to dismiss defendants Beerman and Beadle County for failure to state a claim.

The district court concluded that the constitutional standard for deliberate indifference regarding liability for jail suicides was clearly established at the time of the suicide and that genuine issues of material fact exist as to whether the officials reasonably would have known that their actions and omissions would have violated that standard.

After studying the record, we conclude the district court made no error of fact or law and that an opinion would lack precedential value. Its order denying summary judgment on the basis of qualified immunity is affirmed. <u>See</u> 8th Cir. R. 47B. The remainder of the appeal is dismissed for lack of jurisdiction. <u>See</u> <u>Johnson v. Jones</u>, 115 S.Ct. 2151 (1995); <u>Swint v. Chambers County Com'n</u>, 115 S.Ct. 1203 (1995).

A true copy.

Attest:

RK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.